**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812

October 4, 2019

LETTER TO COUNSEL

RE: Bumgardner v. Taylor, et al.
Civil No. SAG-18-1438

Dear Counsel,

This case has recently been transferred to my docket. I am scheduling a telephone conference for **October 8, 2019 at 10:00 a.m.** to discuss the status and scheduling of this case. I would ask that Plaintiff's counsel please arrange for and initiate the call.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge