THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

KENNETH BUMGARDNER           *

      Plaintiff,                      *

v.                                            *   Case No.: SAG-18-1438

MARCUS TAYLOR, et al.          *

      Defendants.                  *

    *   *   *   *   *   *   *   *   *

## JOINT CASE REPORT

COMES NOW Plaintiff, Kenneth Bumgardner, by and through his undersigned counsel and with consent of all parties, makes the following disclosures in accordance with the Court's Scheduling Order of October 8, 2019, Federal Rules of Civil Procedure, and the Local Rules:

1. All parties jointly request an early settlement /ADR conference pursuant to Local Rule 607.

2. There is NOT unanimous consent to proceed before a United States Magistrate Judge.

3. Pursuant to the Court's Order to Bifurcate this matter, all parties believe that it is premature to make any decisions about electronically stored discovery as the bulk of electronic discovery will be in relation to the *Monell* claims.

I HEREBY CERTIFY that on this 7$^h$ day of November, 2019, a copy of the foregoing Joint Case Report was filed with the United States District Court for the District of Maryland and forwarded to all counsel of record via CM/ECF.

                                            /s/
                                  Hannah M. Ernstberger, #20513
                                  Joshua L. Insley, #30055
                                  *Saller, Lord, Ernstberger & Insley*
                                  12 S. Calvert Street, 2nd Floor
                                  Baltimore, MD 21202
                                  (410) 783-7945
                                  hernstberger@sallerlaw.com
                                  jinsley@sallerlaw.com
                                  *Attorneys for Plaintiff*